UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FRANK LABUZ and HARRIET LABUZ, )
)
Plaintiffs, )
)
v. ) CIVIL ACTION NO. 04-30036-KPN
)
CASCADES DIAMOND, INC., )
)
Defendant. )

### DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 12 (b) (6)

The Defendant, Cascades Diamond, Inc., hereby moves this Honorable Court to dismiss the Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted. The Defendant incorporates herein by reference the Defendant's Memorandum of Law Supporting Motion to Dismiss.

THE DEFENDANT
Cascades Diamond, Inc.
By its attorneys,
Sullivan, Hayes & Quinn,

_Melissa M. Shea_
Melissa M. Shea, Esq.
BBO# 564693
SULLIVAN, HAYES & QUINN
One Monarch Place – Suite 1200
Springfield, MA 01144-1200
Tel: (413) 736-4538
Fax: (413) 731-8206

Dated this 28th day of April, 2004.