UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

CIVIL ACTION NO.:04-30036-KPN

| | |
|---|---|
| **Frank Labuz and Harriet Labuz,** ) | |
| **Plaintiffs** ) | |
| v. ) | |
| ) | |
| **Cascades Diamond Inc.,** ) | |
| **Defendant** ) | |
| ) | |

## MOTION TO EXTEND TIME FOR FILING RESPONSE TO DEFENDANT'S MOTION TO DISMISS

No comes the plaintiffs in the above captioned matter and hereby request an additional 5 days in which to respond to defendant's Motion to Dismiss. As reasons for said extension Plaintiffs' Counsel has been unable to meet with his clients to obtain necessary information to respond to the Motion to Dismiss. Therefore, Plaintiffs request an additional 5 days or until May 21, 2004 to file its response.

Counsel for the Defendant has assented to this request.

Respectfully Submitted,
The Plaintiffs
Frank and Harriet Labuz
By their Attorney,

by:_____
John D. Connor, Esq.
BBO# 629185
101 State Street, Suite 501
Springfield, MA 01103
(413)-827-0777

## CERTIFICATE OF SERVICE

I, John Connor, Esq. hereby certify that on May 13, 2004, I served the above document to all parties of interest by mailing copies thereof, postage prepaid to Melissa Shea, Esq. Sullivan and Hayes and Quinn, P.C. One Monarch Place, Suite 1200, Springfield, MA 01144-1200.

_____
John Connor