UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FRANK LABUZ and HARRIET LABUZ,<br><br>Plaintiffs,<br><br>v.<br><br>CASCADES DIAMOND, INC.,<br><br>Defendant. | CIVIL ACTION NO. 04-30036-KPN |

**DEFENDANT'S MOTION TO EXTEND TIME FOR FILING RESPONSE TO PLAINTIFFS' MOTION TO CONVERT DEFENDANT'S MOTION TO DISMISS INTO A MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Now comes the Defendant in the above captioned case and hereby requests this Honorable Court for an additional 11 days in which to respond to "Plaintiffs' Motion to Convert Defendant's Motion to Dismiss into a Motion for Summary Judgment or in the Alternative Opposition to Defendant's Motion to Dismiss." As reasons for said extension, Defendant's counsel states that she was unavailable and out of the office from the date Plaintiff's motion was served until June 1, 2004. Plaintiff's counsel was aware of this fact and assented in advance to Defendant's extension to file its opposition. See attached Exhibit A. Therefore, Defendant requests an additional 11 days or until June 15, 2004 to file its response.

Counsel for Plaintiffs has assented to this request.

        Respectfully Submitted,

        THE DEFENDANT
        Cascades Diamond, Inc.
        By its attorneys,
        Sullivan, Hayes & Quinn,

        */s/ Melissa M. Shea*
        Melissa M. Shea, Esq.
        BBO# 564693
        SULLIVAN, HAYES & QUINN
        One Monarch Place – Suite 1200
        Springfield, MA  01144-1200
        Tel:  (413) 736-4538
        Fax: (413) 731-8206

Dated this 2nd day of June, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mailing a copy thereof, postage prepaid to John Connor, Esq., Moriarty and Connor, LLC, 101 State Street, Suite 501, Springfield, MA  01103 on June 2, 2004.

        */s/ Melissa M. Shea*
        Melissa M. Shea, Esq.

## SULLIVAN, HAYES & QUINN

*Attorneys At Law*
ONE MONARCH PLACE – SUITE 1200
SPRINGFIELD, MASSACHUSETTS 01144-1200
(413) 736-4538

Patrick W. McGinley
Of Counsel

Fax: (413) 731-8206
E-mail: LAWOFFICE@SULLIVANANDHAYES.COM



May 14, 2004

John D. Connor, Esq.
101 State Street, Suite 501
Springfield, MA  01103-2070

Re: Frank and Harriet Labuz v. Cascades Diamond, Inc.
U.S. District Court, Civil Action No. 04-30036-KPN

Dear John:

This letter confirms our conversation yesterday afternoon assenting to your request for an extension until next Friday, May 21st to file your client's opposition to Cascades Diamond's Motion to Dismiss. This also serves as a reminder that I will be out of town and unavailable from May 22 – 29.

Very truly yours,

SULLIVAN, HAYES & QUINN

*Melissa M. Shea*

Melissa M. Shea, Esq.

MMS/ljb