UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK LABUZ and HARRIET LABUZ,<br><br>Plaintiffs,<br><br>v.<br><br>CASCADES DIAMOND, INC.,<br><br>Defendant. | CIVIL ACTION NO. 04-30036-KPN |

### DEFENDANT, CASCADES DIAMOND INC.'S, OPPOSITION TO PLAINTIFFS' MOTION TO CONVERT DEFENDANT'S MOTION TO DISMISS INTO MOTION FOR SUMMARY JUDGEMENT AND REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

The Defendant, Cascades Diamond, Inc., hereby moves this Honorable Court to dismiss the Plaintiffs' Motion to Convert Defendant's Motion to Dismiss Into a Motion for Summary Judgment or In the Alternative Opposition to Defendant's Motion to Dismiss. The Defendant requests that this Honorable Court instead grant its Motion to Dismiss.

The Defendant incorporates herein by reference the Defendant's Memorandum of Law Supporting Motion to Dismiss.

THE DEFENDANT
Cascades Diamond, Inc.
By its attorneys, Sullivan, Hayes & Quinn,

*/s/ Melissa M. Shea*
Melissa M. Shea, Esq.
BBO# 564693
SULLIVAN, HAYES & QUINN
One Monarch Place – Suite 1200
Springfield, MA 01144-1200
Tel: (413) 736-4538
Fax: (413) 731-8206