✎ AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

FRANK LABUZ, et al.

**NOTICE**

V.

CASCADES DIAMOND, INC.          CASE NUMBER:     04-30036-KPN

TYPE OF CASE:

☒  CIVIL          ☐ CRIMINAL

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |
| | July 14, 2004, at 2:30 p.m. |

TYPE OF PROCEEDING

HEARING ON MOTION TO DISMISS (Doc. No. 4) and
MOTION TO CONVERT MOTION TO DISMISS TO A MOTION FOR SUMMARY JUDGMENT
(Doc. No. 7)

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | | |

TONY ANASTAS, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| June 16, 2004 | /s/ Bethaney A. Healy |
|---|---|
| DATE | (BY) DEPUTY CLERK |

TO:     All Counsel of Record