# SULLIVAN, HAYES & QUINN

*Attorneys At Law*
ONE MONARCH PLACE - SUITE 1200
SPRINGFIELD, MASSACHUSETTS 01144-1200
(413) 736-4538

Patrick W. McGinley
Of Counsel

Fax: (413) 731-8206
E-mail: LAWOFFICE@SULLIVANANDHAYES.COM

June 29, 2004

**VIA FACSIMILE: (413) 785-0204**

Mr. John Stuckenbruck,
  Clerk
United States District Court
1550 Main Street
Springfield, MA 01103

Re: <u>Frank Labuz & Harriet Labuz v. Cascades Diamond, Inc.</u>
    Civil Action No. <u>04-30036-KPN</u>

Dear Mr. Stuckenbruck:

I am in receipt of Plaintiff's "Motion to Reschedule Hearing on Parties Motions to Dismiss and For Summary Judgment" which is attached. For rescheduling purposes, please be informed that I will be unavailable due to a family vacation from <u>August 10th thru August 16th</u> instead of the August 15th-22nd dates mentioned in the Motion.

Thank you for your attention to this matter.

Very truly yours,

SULLIVAN, HAYES & QUINN

*Melissa M. Shea* /ljb
Melissa M. Shea, Esq.

MMS/ljb
Enclosure
cc: John Connor, Esq.