UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

CIVIL ACTION NO.:04-30036-KPN

| | |
|---|---|
| Frank Labuz and Harriet Labuz, Plaintiffs | ) ) ) |
| v. | ) ) |
| Cascades Diamond Inc., Defendant | ) ) ) ) |

## MOTION TO RESCHEDULE HEARING ON PARTIES MOTIONS TO DISMISS AND FOR SUMMARY JUDGEMENT

No come the plaintiffs in the above captioned matter and hereby request THAT THE Motion hearing scheduled for 7/14/2004 at 2:30 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. Plantiffs' counsel will be on a family vacation through July 16, 2004 and therefore asks tht said motion be rescheduled.

After conferring with opposing counsel the parties are available any week except the week of August 15-22 during which defense counsel will be on vacation. Counsel for the Defendant has assented to this request.

Respectfully Submitted,
The Plaintiffs
Frank and Harriet Labuz
By their Attorney,

by: _____
John D. Connor, Esq.
BBO# 629185
101 State Street, Suite 501
Springfield, MA 01103
(413)-827-0777

## CERTIFICATE OF SERVICE

I, John Connor, Esq. hereby certify that on June 28, 2004, I served the above document to all parties of interest by mailing copies thereof, postage prepaid to Melissa Shea, Esq. Sullivan and Hayes and Quinn, P.C. One Monarch Place, Suite 1200, Springfield, MA 01144-1200.

_____
John Connor