UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                                    )
FRANK LABUZ and HARRIET LABUZ,      )
                                    )
        Plaintiffs,                 )
                                    )
v.                                  )    CIVIL ACTION NO. 04-30036-KPN
                                    )
CASCADES DIAMOND, INC.,             )
                                    )
        Defendant.                  )
_____)
```

### APPEARANCE OF MELISSA M. SHEA AND SULLIVAN, HAYES & QUINN AS COUNSEL FOR THE DEFENDANT, CASCADES DIAMOND, INC.

To the Clerk of the above-named Court:

Please enter my appearance and the appearance of Sullivan, Hayes & Quinn in the above entitled action as counsel for the Defendant, Cascades Diamond, Inc.

Respectfully submitted,

THE DEFENDANT,
Cascades Diamond, Inc.
By its attorneys,
Sullivan, Hayes & Quinn,

*/s/ Melissa M. Shea*
Melissa M. Shea, Esq.
BBO# 564693
SULLIVAN, HAYES & QUINN
One Monarch Place – Suite 1200
Springfield, MA 01144-1200
Tel: (413) 736-4538
Fax: (413) 731-8206

Dated:    Springfield, Massachusetts this 29th day of July, 2004.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for the Plaintiffs, Attorney John D. Connor, Esq., Moriarty and Connor, LLC, 101 State Street, Suite 501, Springfield, MA 01103, by mailing a copy thereof, first class mail, postage prepaid on July 29, 2004.

_____
Melissa M. Shea, Esq.