UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FRANK LABUZ and HARRIET LABUZ, )
)
Plaintiffs, )
)
v. ) CIVIL ACTION NO. 04-30036-KPN
)
CASCADES DIAMOND, INC., )
)
Defendant. )

### CASCADES DIAMOND, INC. CORPORATE DISCLOSURE STATEMENT

Pursuant to U.S. District Court Local Rules, Rule 7.3, the Defendant, Cascades Diamond, Inc., states that it is wholly owned by Cascades Inc., 404 Marie-Victorin Blvd., Kingsey Falls, Quebec, Canada J0A 1B0 which is a public company, CAS, Toronto stock exchange.

Respectfully Submitted,

THE DEFENDANT
Cascades Diamond, Inc.
By its attorneys,
Sullivan, Hayes & Quinn,

Melissa M. Shea, Esq.
BBO# 564693
SULLIVAN, HAYES & QUINN
One Monarch Place – Suite 1200
Springfield, MA  01144-1200
Tel:  (413) 736-4538
Fax: (413) 731-8206

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mailing a copy first class mail, postage prepaid on July 29, 2004 to:

John D. Connor, Esq.
Moriarty and Connor, LLC
101 State Street, Suite 501
Springfield, MA 01103

*Melissa M. Shea*
Melissa M. Shea