UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANK LABUZ and HARRIET LABUZ,   )
            Plaintiffs   )
                            )
    v.                           )   Civil Action No. 04-30036-KPN
                            )
                            )
CASCADES DIAMOND, INC.,       )
            Defendant   )

SCHEDULING ORDER
September 13, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day:

1. The parties shall complete their automatic disclosures by November 1, 2004.

2. All non-expert discovery shall be completed by May 1, 2005.

3. Counsel shall appear for a case management conference on May 5, 2005, at 10:30 a. m. in Courtroom Three.

IT IS SO ORDERED.

                                              /s/ Kenneth P. Neiman
                                              KENNETH P. NEIMAN
                                              U.S. Magistrate Judge

Case 3:04-cv-30036-KPN    Document 24    Filed 09/13/2004    Page 2 of 2