UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

CIVIL ACTION NO.:04-30036-KPN

Frank Labuz and Harriet Labuz, )
    Plaintiffs )
v. )
)
Cascades Diamond Inc., )
    Defendant )

## PLAINTIFFS' COST CERTIFICATION

    Now come the plaintiffs in the above captioned matter and hereby certify in accordance with local rule 16.1(D)(3) that they have conferred with counsel concerning a budget for the costs of conducting the full course and various alternative courses of litigation. The plaintiffs further certify that they have conferred with counsel to consider resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in rule 16.4.

_____  _____  _____
Harriet Labuz                      Frank Labuz                      John Connor, Esq.