UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| FRANK LABUZ and HARRIET LABUZ, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 04-30036-KPN |
| CASCADES DIAMOND, INC., | ) ) ) | |
| Defendant. | ) ) | |

### DEFENDANT'S COST CERTIFICATION

Now comes the Defendant in the above captioned matter and hereby certifies in accordance with Local Rule 16.1(D)(3) that it has conferred with counsel concerning a budget for the costs of conducting the full course and various alternative courses of litigation. The Defendant further certifies that it has communicated with counsel concerning the topic of resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
David Guillemette,
   Director of Human Resources
Cascades Diamond, Inc.

_____
Melissa M. Shea, Esq.
SULLIVAN, HAYES & QUINN
One Monarch Place – Suite 1200
Springfield, MA  01144-1200
Tel:  (413) 736-4538
Fax: (413) 731-8206

Dated:  Springfield, Massachusetts this 20th day of September, 2004.

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mailing a copy first class mail, postage prepaid on September 20, 2004 to:

John D. Connor, Esq.
Moriarty and Connor, LLC
101 State Street, Suite 501
Springfield, MA  01103

*Melissa M. Shea*
Melissa M. Shea, Esq.