UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

CIVIL ACTION NO. ~~WASHINGTON~~ 04-30036KPN

Frank Labuz and Harriet Labuz, )
    Plaintiffs )
v. )   STIPULATION OF DISMISSAL
)
Cascades Diamond Inc., )
    Defendant )

    Now come the parties to the above captioned matter and hereby move to dismiss the above captioned matter with prejudice and without costs to either party pursuant to Rule 15 of the Federal Rules of Civil Procedure.

    Respectfully Submitted,

The Defendant,                                        The Plaintiffs,
by its Attorney,                                       by their Attorney,

Melissa Shea, Esq.                          John D. Connor, Esq.
Sullivan, Hayes and Quinn, P.C.         Moriarty and Connor, LLC
One Monarch Place                         101 State Street, Suite 501
Springfield, MA 01104                   Springfield, MA 01103
(413) 786-4538                               413-827-0777
                                                   BBO#:629185